IN THE UNITED STATES DISTRICTCOURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| **LAND GORILLA, INC** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 5:22-cv-000333-C |
| | § | |
| **COMMUNITY TRUST BANK, INC.** | § | |
| | § | Ex Parte Filing |
| *Garnishee.* | § | |

### JUDGMENT CREDITOR'S NOTICE OF RELATED CASE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Land Gorilla, Inc. ("Judgment Creditor"), through undersigned counsel, who respectfully files this Notice of Related Case and identifies the following related case in which judgment was entered on January 31, 2022, in favor of Judgment Creditor in the United States District Court for the Northern District of Texas, Lubbock Division, before the Honorable Sam R. Cummings:

> *Siwell, Inc. d/b/a Capital Mortgage Services of Texas v. William Berthelette and Land Gorilla, Inc.,* Cause Number 5:19-CV-025-C (herein after, the "Underlying Case").

This case and the Underlying Case involve common questions of law and fact. Specifically, the basis for the Writ of Garnishment After Judgment filed by Judgment Creditor is that the judgment entered in its favor is in all things final, valid, and subsisting, and it is wholly unsatisfied and unpaid. These proceedings are the result of the effort by Judgment Creditor to satisfy the judgment.

In light of the foregoing, the Underlying Case and this case arise from a common nucleus of operative fact, and Judgment Creditor respectfully requests that the Court take notice of the filing of this Related Case.

Dated: March 3, 2022.

                              Respectfully submitted,

By:    /s/ Michael L. Hood
       Jonathan M. Herman (TX Bar No. 24052690)
       Michael L. Hood (TX Bar No. 09943435)
       THE HERMAN LAW FIRM
       1601 Elm Street, Suite 2002
       Santander Tower
       Dallas, Texas 75201
       Telephone:   (214) 624-9805
       Facsimile:    (469) 383-3469
       jherman@herman-lawfirm.com
       mhood@herman-lawfirm.com

       *Counsel for Defendant*
       *Land Gorilla, Inc.*