IN THE UNITED STATES DISTRICTCOURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| **LAND GORILLA, INC** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 5:22-cv-000333-C |
| | § | |
| **COMMUNITY TRUST BANK, INC.** | § | |
| | § | Ex Parte Filing |
| *Garnishee.* | § | |

**CORPORATE DISCLOSURE STATEMENT AND**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1, and Local Rules 3.1(c), 3.2(e), 7.4, 81.1(a)(4)(D) and 81.2, Defendant Land Gorilla, Inc. ("Land Gorilla") discloses the following:

1. Land Gorilla has no parent corporation and there is no publicly held corporation owning 10% of more of Land Gorilla's membership interests.

2. The persons or other legal entities that are financially interested in the outcome of this case:

    Judgment Creditor Land Gorilla, Inc.,

    Judgment Debtor Siwell, Inc. d/b/a Capital Mortgage Services of Texas

    Garnishee Community Trust Bank, Inc.

Dated: March 3, 2022.

         Respectfully submitted,

       By:  */s/ Michael L. Hood*
          Jonathan M. Herman (TX Bar No. 24052690)
          Michael L. Hood (TX Bar No. 09943435)
          THE HERMAN LAW FIRM
          1601 Elm Street, Suite 2002
          Santander Tower
          Dallas, Texas 75201
          Telephone: (214) 624-9805
          Facsimile: (469) 383-3469
          jherman@herman-lawfirm.com
          mhood@herman-lawfirm.com

          *Counsel for Defendant*
          *Land Gorilla, Inc.*