# IN THE UNITED STATES DISTRICTCOURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| **LAND GORILLA, INC** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. _____ |
| | § | |
| **COMMUNITY TRUST BANK, INC.** | § | |
| | § | Ex Parte Filing |
| *Garnishee.* | § | |

## WRIT OF GARNISHMENT

To:   Community Trust Bank, Inc.
      c/o Registered Agent Charles Wayne Hancock, II
      346 N. Mayo Trail
      P.O. Box 2947
      Pikeville, KY 41502-2947

An application for Writ of Garnishment has been filed with this Court to satisfy an unpaid judgment in favor for Land Gorilla, Inc. in the amount of $254,756.98, together with interest of 0.69% per annum from February 1, 2022 until the date of payment.

YOU ARE COMMANDED to appear and to file an answer, in writing, to this writ on before the United States District Court for the Northern District of Texas, Lubbock Division, 1205 Texas Avenue, #209, Lubbock, Texas 79401, at or before 10 o'clock a.m. on the Monday next following the expiration of twenty (20) days from the date of service of this writ on you, exclusive of the day of service, and to serve Jonathan Herman, Esq., Judgment Creditor's Attorney, whose address is Herman Law Firm, 1601 Elm Street, Suite 2002, Santander Tower, Dallas, Texas 75201, stating whether the Garnishee is indebted to **Siwell, Inc. d/b/a Capital Mortgage Services of**

**Texas** located at 4212 50th Street, Lubbock, Texas 79413, who upon information and belief, maintains a bank account with Garnishee Community Trust Bank, Inc. at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Judgment Debtor **Siwell, Inc. d/b/a Capital Mortgage Services of Texas** the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Judgment Debtor or who may be in possession or control of any of the property of the Judgment Debtor such as Certificate of deposits, bonds or money market accounts. The amount set in Judgment Creditor's application is for $254,756.98, together with interest of 0.69% per annum from February 1, 2022 until the date of payment.

Dated on _____, 2022.          Karen Mitchell, Clerk of Court

                                                                                By:_____ as Deputy Clerk.

To **Siwell, Inc. d/b/a Capital Mortgage Services of Texas** located at 4212 50th Street, Lubbock, Texas 79413

   You are hereby notified that certain properties alleged to be owned by you have been garnished. If you claim any rights in such property, you are advised:

   "YOU HAVE A RIGHT TO REGAIN POSSESSION OF THE PROPERTY BY FILING A REPLEVY BOND. YOU HAVE A RIGHT TO SEEK TO REGAIN POSSESSION OF THE PROPERTY BY FILING WITH THE COURT A MOTION TO DISSOLVE THIS WRIT."