IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LAND GORILLA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| COMMUNITY TRUST BANK, INC., | ) ) |
| Garnishee. | ) Civil Action No. 5:22-CV-033-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** with prejudice.

SIGNED this 27th day of June, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE